OKLAHOMA
STATE
COURTS
NETWORK

The information on this page is NOT an official record. Do not rely on the correctness or completeness of this information. Verify all information with the official record keeper. The information contained in this report is provided in compliance with the Oklahoma Open Records Act, 51 O.S. 24A.1. Use of this information is governed by this act, as well as other applicable state and federal laws.

Track Case

### IN THE DISTRICT COURT IN AND FOR OKLAHOMA COUNTY, OKLAHOMA

| | |
|---|---|
| Alpha Wolf Logistics, LLC,<br>Plaintiff,<br>v.<br>Dennis Jerome Morgan,<br>Defendant, and<br>Morgan Insurance Agency, LLC,<br>Defendant, and<br>Shelter Insurance Companies,<br>Defendant. | **No. CJ-2026-5819**<br>**(Civil relief more than $10,000: BREACH OF AGREEMENT - CONTRACT)**<br><br>Filed: 07/17/2026<br><br>Judge: Ogden, Richard |

## PARTIES

Alpha Wolf Logistics, LLC, Plaintiff
Morgan, Dennis Jerome, Defendant
Morgan Insurance Agency, LLC, Defendant
Shelter Insurance Companies, Defendant

## ATTORNEYS

| Attorney | Represented Parties |
|---|---|
| Cook, Heather M (Bar #32602)<br>6422 NORTH SANTA FE AVENUE SUITE B<br>OKLAHOMA CITY, OK 73116 | Alpha Wolf Logistics, LLC, |
| Waddell, Jason (Bar #30761)<br>6422 N SANTA FE AVE SUITE B<br>OKC | Alpha Wolf Logistics, LLC, |

## EVENTS

Get Text Reminders

None

**EXHIBIT 1**

# ISSUES

For cases filed before 1/1/2000, ancillary issues may not appear except in the docket.

**Issue # 1.** Issue: BREACH OF AGREEMENT - CONTRACT (CONTRACT)
Filed By:
Filed Date: 07/17/2026

| Party Name | Disposition Information |
| --- | --- |
| | Pending. |

# DOCKET

| Date | Code | Description | | Amount |
| --- | --- | --- | --- | --- |
| 07-17-2026 | [ TEXT ] | CIVIL RELIEF MORE THAN $10,000 INITIAL FILING. | #1 | |
| 07-17-2026 | [ CONTRACT ] | BREACH OF AGREEMENT - CONTRACT | | |
| 07-17-2026 | [ DMFE ] | DISPUTE MEDIATION FEE | | $ 7.00 |
| 07-17-2026 | [ PFE1 ] | PETITION | | $ 163.00 |
| 07-17-2026 | [ PFE7 ] | LAW LIBRARY FEE | | $ 6.00 |
| 07-17-2026 | [ OCISR ] | OKLAHOMA COURT INFORMATION SYSTEM REVOLVING FUND | | $ 25.00 |
| 07-17-2026 | [ OCJC ] | OKLAHOMA COUNCIL ON JUDICIAL COMPLAINTS REVOLVING FUND | | $ 1.55 |
| 07-17-2026 | [ OCASA ] | OKLAHOMA COURT APPOINTED SPECIAL ADVOCATES | | $ 10.00 |
| 07-17-2026 | [ SSFCHSCPC ] | SHERIFF'S SERVICE FEE FOR COURTHOUSE SECURITY PER BOARD OF COUNTY COMMISSIONER | | $ 10.00 |
| 07-17-2026 | [ CCADMINCSF ] | COURT CLERK ADMINISTRATIVE FEE ON COURTHOUSE SECURITY PER BOARD OF COUNTY COMMISSIONER | | $ 1.00 |
| 07-17-2026 | [ CCADMIN0155 ] | COURT CLERK ADMINISTRATIVE FEE ON $1.55 COLLECTION | | $ 0.16 |
| 07-17-2026 | [ SJFIS ] | STATE JUDICIAL REVOLVING FUND - INTERPRETER AND TRANSLATOR SERVICES | | $ 0.45 |
| 07-17-2026 | [ DCADMIN155 ] | DISTRICT COURT ADMINISTRATIVE FEE ON $1.55 COLLECTIONS | | $ 0.23 |

**07-17-2026** [ **DCADMINCSF** ] $ 1.50

DISTRICT COURT ADMINISTRATIVE FEE ON COURTHOUSE SECURITY PER BOARD OF COUNTY COMMISSIONER

---

**07-17-2026** [ **CCRMPF** ] $ 10.00

COURT CLERK'S RECORDS MANAGEMENT AND PRESERVATION FEE

---

**07-17-2026** [ **DCADMIN10** ] $ 1.50

DISTRICT COURT ADMIN FEE FOR $10 COLLECTION

---

**07-17-2026** [ **CCADMIN10** ] $ 1.00

COURT CLERK ADMIN FEE FOR $10 COLLECTION

---

**07-17-2026** [ **LTF** ] $ 10.00

LENGTHY TRIAL FUND

---

**07-17-2026** [ **P** ]

PETITION

Document Available (#1066200542) TIFF PDF

---

**07-17-2026** [ **EAA** ]

ENTRY OF APPEARANCE-JASON WADDELL AND HEATHER M COOK

Document Available (#1066200543) TIFF PDF

---

**07-17-2026** [ **SMF** ] $ 10.00

SUMMONS

Document Available (#1066200544) TIFF PDF

---

**07-17-2026** [ **SMIMA** ]

SUMMONS ISSUED - MAILED BY ATTORNEY

---

**07-17-2026** [ **SMF** ] $ 10.00

SUMMONS

Document Available (#1066200545) TIFF PDF

---

**07-17-2026** [ **SMIMA** ]

SUMMONS ISSUED - MAILED BY ATTORNEY

---

**07-17-2026** [ **SMF** ] $ 10.00

SUMMONS

Document Available (#1066200546) TIFF PDF

---

**07-17-2026** [ **SMIMA** ]

SUMMONS ISSUED - MAILED BY ATTORNEY

---

**07-17-2026** [ **ADJUST** ] $ 6.96

ADJUSTING ENTRY: MONIES DUE TO AC09-CARD ALLOCATION

**07-17-2026 [ ACCOUNT ]**

ADJUSTING ENTRY: MONIES DUE TO THE FOLLOWING AGENCIES REDUCED BY THE FOLLOWING AMOUNTS:
CJ-2026-5819: AC81 LENGTHY TRIAL FUND -$0.25
CJ-2026-5819: AC31 COURT CLERK REVOLVING FUND -$0.03
CJ-2026-5819: AC67 DISTRICT COURT REVOLVING FUND -$0.04
CJ-2026-5819: AC89 COURT CLERK'S RECORDS MANAGEMENT AND PRESERVATION FEE -$0.25
CJ-2026-5819: AC67 DISTRICT COURT REVOLVING FUND -$0.04
CJ-2026-5819: AC67 DISTRICT COURT REVOLVING FUND -$0.01
CJ-2026-5819: AC65 STATE JUDICIAL REVOLVING FUND, INTERPRETER SVCS -$0.02
CJ-2026-5819: AC31 COURT CLERK REVOLVING FUND -$0.01
CJ-2026-5819: AC31 COURT CLERK REVOLVING FUND -$0.03
CJ-2026-5819: AC88 SHERIFF'S SERVICE FEE FOR COURT HOUSE SECURITY -$0.25
CJ-2026-5819: AC58 OKLAHOMA COURT APPOINTED SPECIAL ADVOCATES -$0.25
CJ-2026-5819: AC59 COUNCIL ON JUDICIAL COMPLAINTS REVOLVING FUND -$0.04
CJ-2026-5819: AC79 OCIS REVOLVING FUND -$0.63
CJ-2026-5819: AC23 LAW LIBRARY FEE CIVIL AND CRIMINAL -$0.15
CJ-2026-5819: AC01 CLERK FEES -$4.08
CJ-2026-5819: AC64 DISPUTE MEDIATION FEES CIVIL ONLY -$0.18
CJ-2026-5819: AC01 CLERK FEES -$0.25
CJ-2026-5819: AC01 CLERK FEES -$0.25
CJ-2026-5819: AC01 CLERK FEES -$0.20

---

**07-17-2026 [ TEXT ]**

OCIS HAS AUTOMATICALLY ASSIGNED JUDGE OGDEN, RICHARD TO THIS CASE.

---

**07-17-2026 [ ACCOUNT ]**

RECEIPT # 2026-6123563 ON 07/17/2026.
PAYOR: JASON WADDELL TOTAL AMOUNT PAID: $ 278.39.
LINE ITEMS:
CJ-2026-5819: $188.22 ON AC01 CLERK FEES.
CJ-2026-5819: $6.96 ON AC09 CARD ALLOCATIONS.
CJ-2026-5819: $5.85 ON AC23 LAW LIBRARY FEE CIVIL AND CRIMINAL.
CJ-2026-5819: $2.09 ON AC31 COURT CLERK REVOLVING FUND.
CJ-2026-5819: $9.75 ON AC58 OKLAHOMA COURT APPOINTED SPECIAL ADVOCATES.
CJ-2026-5819: $1.51 ON AC59 COUNCIL ON JUDICIAL COMPLAINTS REVOLVING FUND.
CJ-2026-5819: $6.82 ON AC64 DISPUTE MEDIATION FEES CIVIL ONLY.
CJ-2026-5819: $0.43 ON AC65 STATE JUDICIAL REVOLVING FUND, INTERPRETER SVCS.
CJ-2026-5819: $3.14 ON AC67 DISTRICT COURT REVOLVING FUND.
CJ-2026-5819: $24.37 ON AC79 OCIS REVOLVING FUND.
CJ-2026-5819: $9.75 ON AC81 LENGTHY TRIAL FUND.
CJ-2026-5819: $9.75 ON AC88 SHERIFF'S SERVICE FEE FOR COURT HOUSE SECURITY.
CJ-2026-5819: $9.75 ON AC89 COURT CLERK'S RECORDS MANAGEMENT AND PRESERVATION FEE.

---

**08-11-2026 [ SMS ]**

SUMMONS RETURN, SERVED
Document Available (#1066420763) TIFF PDF

---

**08-11-2026 [ SMS ]**

SUMMONS RETURN, SERVED
Document Available (#1066420766) TIFF PDF