IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1) ALPHA WOLF LOGISTICS, LLC,<br>Plaintiff,<br><br>v.<br><br>(1) DENNIS JEROME MORGAN, II,<br>(2) MORGAN INSURANCE AGENCY, LLC, and<br>(3) SHELTER INSURANCE COMPANIES,<br>Defendants. | Case No. 5:26-cv-02137-J |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i),[1] Plaintiff hereby dismisses this action *without prejudice* to refiling.

Respectfully submitted,

s/ Heather Cook

Jason Waddell, OBA No. 30761
Heather M. Cook, OBA No. 32602
Jason Waddell, PLLC
6422 N. Santa Fe Ave., Suite B
Oklahoma City, OK 73116
Telephone: (405) 232-5291
Facsimile: (405) 708-7871
Jason@JasonWaddellLaw.com
Heather@JasonWaddellLaw.com
**ATTORNEYS FOR PLAINTIFF**

[1] Janssen v. Harris, 321 F.3d 998, 1000 (10th Cir. 2003)("plaintiff has an absolute right to dismiss without prejudice and no action is required on the part of the court" which operates to "close the file"); *accord* Ammerman v. JPMCB Card Servs., No. CIV-25-525-SLP, 2025 WL 2679986, at *1 (W.D. Okla. Sept. 18, 2025).

**CERTIFICATE OF SERVICE**

I hereby certify that on September 9, 2026, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants:

R. Ryan Deligans
M. Davis Lauderdale

s/ Heather Cook
Jason Waddell